# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD LAGARRIQUE

NO. 2024 KW 0053

**FEBRUARY 26, 2024**

---

In Re:    Richard Lagarrique, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1-302,597.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT